[Nos. 7056–1–II; 9415–1–II.   Division Two.   October 2, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
WILLIAM STIRTON, *Appellant.*

*In the Matter of the Personal Restraint of*
ROBERT WILLIAM STIRTON, *Petitioner.*

Appeal from a judgment of the Superior Court for Clark
County, No. 82–1–00071–0, John N. Skimas, J., entered
April 26, 1983, together with a petition for relief from per-
sonal restraint. Judgment *affirmed* and petition *denied* by
unpublished opinion per Brachtenbach, J. Pro Tem., con-
curred in by Draper and Hopkins, JJ. Pro Tem.

[No. 7644–6–II.   Division Two.   October 3, 1986.]

S & S WELDING, INC., *Appellant,* v. PEASE
& SONS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–2–05653–2, Waldo F. Stone, J., entered
February 3, 1984. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 14445–6–I.   Division One.   October 3, 1986.]

RANDALL J. NELSON, *Respondent,* v. GREG P.
FREEMAN, ET AL, *Appellants.*

The unpublished opinion in this cause, which was filed
on July 7, 1986, is *withdrawn* by order dated October 3,
1986.